# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00208-CV

**Texley Incorporated d/b/a Glamour Girls, Appellant**

**v.**

**Glen Hegar, in his Official Capacity as Texas Comptroller of Public Accounts, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001834, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this cause have jointly filed a motion indicating that they have entered into a settlement agreement, thereby rendering moot all issues on appeal. Accordingly, they move to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Joint Motion

Filed: June 28, 2022